UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Carrie J. Boyle, Esquire
McDowell Posternock Apell & Detrick, P.C.
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
*Attorney for the Debtors*

_____

In Re:

Ronald Bradly and Patricia Bradly,

                      Debtor.

Chapter 13

Case No.: 17-16822

Judge: JNP

Order Filed on November 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER APPROVING MORTGAGE MODIFICATION

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: November 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
**Debtor:** Ronald Bradly and Patricia Bradly
**Case No.:** 17-16822 (JNP)
**Caption:** Order Granting Motion to Approve Permanent Loan Modification with PennyMac Loan Services

AND NOW, this ___ day of _____, 2017, upon consideration of the Debtor(s) Motion to Approve Permanent Loan Modification with Creditor PennyMac Loan Services and a hearing having been held, it is hereby ORDERED as follows:

1. The Mortgage Modification Agreement between the Debtor and PennyMac Loan Services., as to loan number xxxxxxxx1783, on a home mortgage on 7 Sterling Ave Linwood, NJ 08221 is **Approved** on the terms and subject to the conditions contained in the attached "Exhibit A", which was made part of the moving papers.

2. The mortgage lender may proceed with all steps necessary to consummate and complete that modification agreement, and to issue bills, statements or other notices in accordance therewith, without violating the automatic stay under 11 U.S.C. 362.

3. In the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, the Lender shall amend the arrearage portion of its proof of claim to the amount the trustee paid to the Lender towards the pre-petition arrears up to the date of the entry of this Order or withdraw the claim within thirty (30) days of completion of the loan modification.

4. The Chapter 13 Trustee shall suspend disbursements to PennyMac Loan Services., pending completion of loan modification.

5. In the event the modification is not consummated, PennyMac Loan Services shall notify the Trustee and debtors' attorney of same. Any money that was held

**Page 3**
**Debtor:** Ronald Bradly and Patricia Bradly
**Case No.:** 17-16822 (JNP)
**Caption:** Order Granting Motion to Approve Permanent Loan Modification with
PennyMac Loan Services

by the Trustee pending completion of the modification shall then be paid to PennyMac Loan Services.

6. In the event the Proof of Claim is amended to zero or withdrawn, the Trustee may disburse the funds being held pursuant to this order to creditors in accordance with the provisions of the confirmed plan.

7. Communication and/or negotiations between the Debtor(s) and mortgagees/mortgage servicers about loan modification shall not be deemed as violation of the automatic stay; and any such communication or negotiation shall not be used by either party against the other in any subsequent litigation.

8. The Debtor(s) shall file an amended Chapter 13 plan and file an amended schedule J if required, within twenty (20) days of the entry of this Order reflecting the terms of the Loan Modification Agreement.

United States Bankruptcy Court
District of New Jersey

In re:
Ronald J Bradly, Jr.
Patricia D Bradly
     Debtors

Case No. 17-16822-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 28, 2017
                              Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2017.
db/jdb         +Ronald J Bradly, Jr.,    Patricia D Bradly,    7 Sterling Ave,    Linwood, NJ 08221-1823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2017 at the address(es) listed below:
           Carrie J. Boyle    on behalf of Joint Debtor Patricia D Bradly cboyle@mpadlaw.com,
            cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com
           Carrie J. Boyle    on behalf of Debtor Ronald J Bradly, Jr. cboyle@mpadlaw.com,
            cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com
           Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
           William M.E. Powers    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
           William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
                                                                                                                      TOTAL: 9