Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−16822−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ronald J Bradly Jr. | Patricia D Bradly |
| aka Ron J. Bradly Jr., aka Rod Bradly | aka Patricia Duff, aka Tricia Bradly, aka |
| 7 Sterling Ave | Tricia Duff |
| Linwood, NJ 08221 | 7 Sterling Ave |
| | Linwood, NJ 08221 |

Social Security No.:
   xxx−xx−2606                            xxx−xx−7625

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     2/8/18
Time:     02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Carrie J. Boyle, Debtor's Attorney, period: 4/25/2017 to 12/29/2017

COMMISSION OR FEES
Fees: $1,467.50

EXPENSES
$229.48

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: January 8, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-16822-ABA
Ronald J Bradly, Jr.                                                    Chapter 13
Patricia D Bradly
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Jan 08, 2018
                               Form ID: 137                 Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2018.
```
db/jdb         +Ronald J Bradly, Jr.,    Patricia D Bradly,    7 Sterling Ave,    Linwood, NJ 08221-1823
516747498     #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516883756      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516803933       Berkheimer Associates, Agent for Colonial,   School District, Columbia County, PA,
                 David R Gordon, Esq,   1883 Jory Road,   Pen Argyl, PA  18072
516747499      +Berkheimer Tax Innovation,    PO Box 25153,    Lehigh Valley, PA 18002-5153
516747500      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516953765       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516747501      +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516747502      +Citibank/Goodyear,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516747503      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516747504      +City of Linwood,    Attn: Tax Office,    400 W Poplar Ave,    Linwood, NJ 08221-1899
516747506      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
516747507      +Experian,    PO Box 4500,    Allen, TX 75013-1311
516747508      +IC Systems, Inc,    444 Highway 96 East,    St Paul, MN 55127-2557
516747512       NJHMFA,    637 S. Clinton Ave,    PO Box 18550,    Trenton, NJ 08650-2085
516766111       Nissan - Infiniti LT,    POB 660366,    Dallas, TX  75266-0366
516747511      +Nissan Motor Acceptance Corp.,    PO Box 660360,    Dallas, TX 75266-0360
516747513       Pennsylvania Department of Revenue,    Bureau of Individual Taxes,    P.O. Box 280504,
                 Harrisburg, PA 17128-0504
516881126      +PennyMac Loan Services, LLC,    6101 Condor Drive, Suite 200,    Moorpark, CA 93021-2602
516758999      +PennyMac Loan Services, LLC,    Powers Kirn, LLC,    P.O. Box 848,    Moorestown, NJ 08057-0848
516747514       Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514357,    Los Angeles, CA 90051
516747515      +Ronald Bradly Sr.,    150 Ridge Pike,    Apt. B117,    Lafayette Hill, PA 19444-1921
516969150      +SOLAR MOSAIC, INC.,    Weltman, Weinberg & Reis Co., LPA,    965 Keynote Circle,
                 Brooklyn Heights, OH 44131-1829
516893223      +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
516894453      +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
516747516      +Solar Mosaic Inc,    1212 Broadway Ste 300,    Oakland, CA 94612-1809
516747517      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
516747520     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Financial Services,    PO Box 5855,
                 Carol Stream, IL 60197-5855)
516747519      +Team Nissan,    1715 S. Delsea Dr.,    Vineland, NJ 08360-6308
516781278      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517237773       Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516828789       Toyota Lease Trust,    KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue, Suite 206,
                 Westmont, NJ 08108
516909663       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516747524      +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 08 2018 22:54:30     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 08 2018 22:54:27     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516747505      +E-mail/Text: REV_Bankruptcy_General@state.de.us Jan 08 2018 22:54:29
                 Delaware Revenue Division,    820 N. French Street #2,    Wilmington, DE 19801-3509
516747509      +E-mail/Text: cio.bncmail@irs.gov Jan 08 2018 22:54:04     Internal Revenue Service,
                 Centralized Insolvency Operation,   PO Box 7346,    Philadelphia, PA 19101-7346
516747510      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 08 2018 22:53:49     Kohls/Capital One,
                 Kohls Credit,   Po Box 3043,    Milwaukee, WI 53201-3043
516908247       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 08 2018 22:59:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516960155      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 08 2018 22:54:27     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
516995250       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 08 2018 22:59:13
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
516991521       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 08 2018 23:11:16
                 Portfolio Recovery Associates, LLC,    c/o Goodyear,   POB 41067,    Norfolk VA 23541
516998874      +E-mail/Text: REV_Bankruptcy_General@state.de.us Jan 08 2018 22:54:29
                 State of Delaware Division of Revenue,    Zillah Frampton,   PO Box 8763,
                 Wilmington, DE 19899-8763
516750859      +E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2018 22:59:03     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Jan 08, 2018
                              Form ID: 137             Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516747518        +E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2018 23:00:03      Synchrony Bank/Gap,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                                TOTAL: 12

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516747522*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
516747521*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
516747523*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Mtr,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
517237775*      Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
516831715*     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
                                                                                             TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2018 at the address(es) listed below:
```
              Carrie J. Boyle    on behalf of Debtor Ronald J Bradly, Jr. cboyle@mpadlaw.com,
               cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cge
               tz@mpadlaw.com;r62202@notify.bestcase.com;carrie.boyle@comcast.net
              Carrie J. Boyle    on behalf of Joint Debtor Patricia D Bradly cboyle@mpadlaw.com,
               cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cge
               tz@mpadlaw.com;r62202@notify.bestcase.com;carrie.boyle@comcast.net
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
                                                                                                 TOTAL: 9
```