| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Carrie J. Boyle, Esq.<br>McDowell Posternock Apell & Detrick, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>Phone 856-482-5544<br>Fax 856-482-5511<br>cboyle@mpadlaw.com | **Order Filed on February 8, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Ronald J. Bradly, Jr. and Patricia d. Bradly,<br><br>Debtors. | Case No.:  17-16822<br><br>Chapter:  13<br><br>Judge:  ABA |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 8, 2018**

_/s/ Andrew B. Altenburg, Jr._
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Carrie J. Boyle_____, the applicant, is allowed a fee of $ _____1,467.50_____ for services rendered and expenses in the amount of $_____229.48_____ for a total of $_____1,696.98_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____457.00_____ per month for  51 remaining  months to allow for payment of the above fee.

*rev.8/1/15*