UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

47232

Morton & Craig LLC
William E. Craig, Esquire
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Quantum3 Group, LLC

In Re:

RONALD J. BRADLY, JR.
PATRICIA D. BRADLY

Order Filed on November 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-16822

Adv. No.

Hearing Date: 10-9-18

Judge: (ABA)

**ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: November 20, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Ronald and Patricia Bradly
Case No: 17-16822
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Quantum3 Group, LLC. ("Quantum3"), with the appearance of Jeanie D. Wiesner, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Quantum3 is the holder of a first purchase money security interest encumbering a 2009 Chevrolet Cobalt bearing vehicle identification number 1G1AT58H597281471.**
2. **That the Debtors' account has arrears through June 2012 in the amount of $1,449.98.**
3. **That the Debtors are to cure the arrears set forth in paragraph two (2) above as follows:**
    a. **The Debtors are to make a payment of $800.00 by July 20, 2012 or Quantum3 shall be entitled to stay relief upon filing a certification of non-payment with the Court and serving it on the Debtors, their attorney, and the chapter 13 trustee.**
    b. **Following the payment set forth in paragraph 3(a) above, the Debtors are to make their regular July 2012 payment of $277.14 by July 31, 2012 or Quantum3 shall be entitled to stay relief upon filing a certification of non-payment with the Court and serving it on the Debtors, their attorney, and the chapter 13 trustee.**

**(Page 3)**
Debtors: Timothy and Karen Thompson
Case No: 11-10033
Caption of Order: Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

    c. Following the payments set forth above, the Debtors are to cure the remaining arrears by making their regular monthly payment of $277.14 plus an additional $108.33 (for a total monthly payment of $385.47) for the months of August 2012 through January 2013 (6 month cure). If the Debtors fails to make any total monthly payment of $385.47 within thirty (30) days after each payment falls due, Quantum3 shall be entitled to stay relief upon filing a certification of non-payment with the Court and serving it on the Debtors, their attorney, and the chapter 13 trustee.

4. That commencing February 2013, the Debtors are to resume making regular monthly payments directly to Quantum3 in accordance with the terms of the loan agreement. If the Debtors fails to make any payment within thirty (30) days after a payment falls due, or any payment is returned for non-sufficient funds, Quantum3 shall be entitled to stay relief upon filing a certification with the court and serving it on the Debtors, their attorney, and the chapter 13 trustee.

5. That the Debtors must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Quantum3 Group must be listed as loss payee. If the Debtors fails to maintain valid insurance on the vehicle, Quantum3 shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtors, their attorney, and the chapter 13 trustee.

6. That the Debtors are to pay a counsel fee of $431.00 to Quantum3 through their chapter 13 plan.