UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

47232

Morton & Craig LLC
William E. Craig, Esquire
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Quantum3 Group, LLC

In Re:

RONALD J. BRADLY, JR.
PATRICIA D. BRADLY



Order Filed on December 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-16822

Adv. No.

Hearing Date: 10-9-18

Judge: (ABA)

## (AMENDED) ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 7, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Ronald and Patricia Bradly
Case No: 17-16822
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Quantum3 Group, LLC. ("Quantum3"), with the appearance of Thomas G. Egner, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven-day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Quantum3 is the holder of a first purchase money security interest encumbering a 2014 Dodge Caravan bearing vehicle identification number 2C4RDGBG3ER129992.**
2. **That after application to the Debtors' account of certified funds in the amount of $373.63 remitted on October 9, 2018, the Debtors' account continues to have post-petition arrears through September 2018 in the amount of $2,940.71.**
3. **That the Debtors are to cure the arrears set forth in paragraph two (2) above by making their regular monthly payment of $373.63 plus an additional $490.12 (for a total monthly payment of $863.75) for the months of October 2018 through March 2019 directly to Quantum3.**
4. **That commencing October 2018, if the Debtors fail to make any payment to Quantum3 within thirty (30) days after a payment falls due, or any payment is returned for non-sufficient funds, Quantum3 shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtors, their attorney, and the chapter 13 trustee.**

**(Page 3)**

Debtors: Ronald and Patricia Bradly

Case No: 17-16822

Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

5. **That the Debtors must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Quantum3 Group must be listed as loss payee.  If the Debtors fail to maintain valid insurance on the vehicle, Quantum3 shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtors, their attorney, and the chapter 13 trustee.**
6. **That the Debtors are to pay a counsel fee of $531.00 to Quantum3 through their chapter 13 plan.**