UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

47232

Morton & Craig LLC
William E. Craig, Esquire
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Quantum3 Group, LLC

In Re:

RONALD J. BRADLY, JR.
PATRICIA D. BRADLY

Order Filed on December 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-16822

Adv. No.

Hearing Date: 10-9-18

Judge: (ABA)

**(AMENDED) ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 7, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Ronald and Patricia Bradly
Case No: 17-16822
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Quantum3 Group, LLC. ("Quantum3"), with the appearance of Thomas G. Egner, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven-day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Quantum3 is the holder of a first purchase money security interest encumbering a 2014 Dodge Caravan bearing vehicle identification number 2C4RDGBG3ER129992.**
2. **That after application to the Debtors' account of certified funds in the amount of $373.63 remitted on October 9, 2018, the Debtors' account continues to have post-petition arrears through September 2018 in the amount of $2,940.71.**
3. **That the Debtors are to cure the arrears set forth in paragraph two (2) above by making their regular monthly payment of $373.63 plus an additional $490.12 (for a total monthly payment of $863.75) for the months of October 2018 through March 2019 directly to Quantum3.**
4. **That commencing October 2018, if the Debtors fail to make any payment to Quantum3 within thirty (30) days after a payment falls due, or any payment is returned for non-sufficient funds, Quantum3 shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtors, their attorney, and the chapter 13 trustee.**

(Page 3)
Debtors: Ronald and Patricia Bradly
Case No: 17-16822
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

5. **That the Debtors must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Quantum3 Group must be listed as loss payee.  If the Debtors fail to maintain valid insurance on the vehicle, Quantum3 shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtors, their attorney, and the chapter 13 trustee.**
6. **That the Debtors are to pay a counsel fee of $531.00 to Quantum3 through their chapter 13 plan.**

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald J Bradly, Jr.  
Patricia D Bradly  
    Debtors

Case No. 17-16822-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Dec 07, 2018  
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.  
db/jdb      +Ronald J Bradly, Jr.,    Patricia D Bradly,    7 Sterling Ave,    Linwood, NJ 08221-1823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:

     Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
     Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
     John R. Morton, Jr.    on behalf of Creditor    Quantum3 Group, LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
     Thomas G. Egner    on behalf of Debtor Ronald J Bradly, Jr. tegner@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com  
     Thomas G. Egner    on behalf of Joint Debtor Patricia D Bradly tegner@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com  
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
     William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com  
     William M.E. Powers    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com  
     William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com  
     TOTAL: 11