UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2017-0966

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

In Re:

Ronald J. Bradly, Jr.
aka Ron J. Bradly, Jr.
aka Rod Bradly
Patricia D. Bradly
aka Patricia Duff
aka Tricia Bradly
aka Tricia Duff



Order Filed on March 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-16822-ABA

Hearing Date: 03/26/2019

Judge: Honorable Andrew B. Altenburg, Jr.

Chapter: 13

## ORDER RESOLVING MOTION FOR RELIEF AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: March 29, 2019

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor: Ronald J. Bradly, Jr.
aka Ron J. Bradly, Jr.
aka Rod Bradly and Patricia D. Bradly
aka Patricia Duff
aka Tricia Bradly
aka Tricia Duff
Case No.: 17-16822-ABA
Caption of Order:    ORDER RESOLVING MOTION FOR RELIEF AND PROVIDING FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for PennyMac Loan Services, LLC, debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall resume regular monthly mortgage payments starting on March 1, 2019.

2. The mortgagee is awarded a counsel fee and costs of $681.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

3. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

4. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.