UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

Order Filed on July 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Ronald J. Bradly, Jr.
*Aka* Ron J. Bradly, Jr.
*Aka* Rod Bradly
Patricia D. Bradly
*Aka* Tricia Duff
*Aka* Patricia Duff
*Aka* Tricia Bradly

Debtors.

Chapter: 13

Case No.: 17-16822-ABA

Hearing Date: July 14, 2020

Judge Andrew B. Altenburg, Jr.

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 14, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of <u>Nissan Motor Acceptance Corporation</u> ("movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**2017 Nissan Rogue; VIN: JN8AT2MV7HW256615**

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev.11/14/18*

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald J Bradly, Jr.  
Patricia D Bradly  
      Debtors

Case No. 17-16822-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jul 14, 2020
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2020.
db/jdb         +Ronald J Bradly, Jr.,    Patricia D Bradly,    7 Sterling Ave,    Linwood, NJ 08221-1823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2020 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Gavin Stewart    on behalf of Creditor    Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      John R. Morton, Jr.    on behalf of Creditor    Quantum3 Group, LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      R. A. Lebron    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bankruptcy@feinsuch.com
      Thomas G. Egner    on behalf of Debtor Ronald J Bradly, Jr. tegner@mcdowelllegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com
      Thomas G. Egner    on behalf of Joint Debtor Patricia D Bradly tegner@mcdowelllegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
      William M.E. Powers    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
                                                                                                 TOTAL: 13