Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–16822–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ronald J Bradly Jr.
aka Ron J. Bradly Jr., aka Rod Bradly
7 Sterling Ave
Linwood, NJ 08221

Patricia D Bradly
aka Patricia Duff, aka Tricia Bradly, aka Tricia Duff
7 Sterling Ave
Linwood, NJ 08221

Social Security No.:
xxx–xx–2606

xxx–xx–7625

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           March 15, 2022
Time:           10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

**95** – Certification in Opposition to Certification of Default (related document:93 Creditor's Certification of Default (related document:71 Motion for Relief from Stay re: 7 West Sterling Avenue, Linwood, NJ 08221. Fee Amount $ 181. filed by Creditor PennyMac Loan Services, LLC, 77 Order on Motion For Relief From Stay) filed by R. A. Lebron on behalf of PennyMac Loan Services, LLC. Objection deadline is 02/18/2022. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Lebron, R.) filed by Creditor PennyMac Loan Services, LLC) filed by Thomas G. Egner on behalf of Patricia D Bradly, Ronald J Bradly Jr.. (Attachments: # 1 Certificate of Service) (Egner, Thomas)

and transact such other business as may properly come before the meeting.

Dated: February 22, 2022
JAN: eag

Jeanne Naughton
Clerk