Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−16822−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ronald J Bradly Jr.
aka Ron J. Bradly Jr., aka Rod Bradly
7 Sterling Ave
Linwood, NJ 08221

Patricia D Bradly
aka Patricia Duff, aka Tricia Bradly, aka
Tricia Duff
7 Sterling Ave
Linwood, NJ 08221

Social Security No.:
  xxx−xx−2606                                               xxx−xx−7625

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:              March 15, 2022
Time:              10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**95** − Certification in Opposition to Certification of Default (related document:93 Creditor's Certification of Default (related document:71 Motion for Relief from Stay re: 7 West Sterling Avenue, Linwood, NJ 08221. Fee Amount $ 181. filed by Creditor PennyMac Loan Services, LLC, 77 Order on Motion For Relief From Stay) filed by R. A. Lebron on behalf of PennyMac Loan Services, LLC. Objection deadline is 02/18/2022. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Lebron, R.) filed by Creditor PennyMac Loan Services, LLC) filed by Thomas G. Egner on behalf of Patricia D Bradly, Ronald J Bradly Jr.. (Attachments: # 1 Certificate of Service) (Egner, Thomas)

and transact such other business as may properly come before the meeting.

Dated: February 22, 2022
JAN: eag

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-16822-ABA |
| Ronald J Bradly, Jr. | Chapter 13 |
| Patricia D Bradly | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 22, 2022 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald J Bradly, Jr., Patricia D Bradly, 7 Sterling Ave, Linwood, NJ 08221-1823 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2022      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | |

Case 17-16822-ABA    Doc 97    Filed 02/24/22    Entered 02/25/22 00:19:14    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 22, 2022 | Form ID: 173 | Total Noticed: 1 |

on behalf of Creditor Quantum3 Group  LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

R. A. Lebron

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@fskslaw.com

R. A. Lebron

on behalf of Creditor PennyMac Loan Services  LLC bankruptcy@fskslaw.com

Thomas G. Egner

on behalf of Joint Debtor Patricia D Bradly tegner@mcdowelllegal.com
tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

Thomas G. Egner

on behalf of Debtor Ronald J Bradly  Jr. tegner@mcdowelllegal.com,
tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III

on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

William M.E. Powers

on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

William M.E. Powers, III

on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

TOTAL: 14