|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FEIN, SUCH, KAHN & SHEPARD, P.C.<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>R.A. LEBRON, ESQ.<br>YPNM007<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>RONALD J BRADLY, JR. aka RON J. BRADLY, JR. aka ROD BRADLY and PATRICIA D BRADLY aka PATRICIA DUFF aka TRICIA BRADLY aka TRICIA DUFF | Case No.: 17-16822 ABA<br>Adv. Pro. No.: _____<br>Chapter: 13<br>Subchapter V: ☐ Yes ☒ No<br>Hearing Date: 04/26/2022<br>Judge: Altenburg |

## ADJOURNMENT REQUEST

1. I, ____Ray Anthony Lebron, Esq.____,

    ☒ am the attorney for: ____PennyMac Loan Services, LLC____,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Creditor's Certification of Default re: 7 West Sterling Ave, Linwood, NJ 08221

    Current hearing date and time: 04/26/2022 at 10:00 AM

    New date requested: 06/07/2022

    Reason for adjournment request: The debtor is in the process of finalizing a loan modification agreement.

2. Consent to adjournment:

    ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: 04/21/2022                                    /s/ R.A. Lebron, Esq.
                                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: June 7, 2022 @ 10 am        ❏ Peremptory

❏ Granted over objection(s)    New hearing date: _____    ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2