| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>PENNYMAC LOAN SERVICES, LLC<br>R.A. LEBRON, ESQ.<br>YPNM007<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>RONALD J BRADLY, JR. *aka* RON J. BRADLY, JR. *aka* ROD BRADLY and PATRICIA D BRADLY *aka* PATRICIA DUFF *aka* TRICIA BRADLY *aka* TRICIA DUFF<br><br>Debtor(s). | Case No.: 17-16822 ABA<br><br>Chapter: 13<br><br>Hearing Date: June 7, 2022<br><br>Judge: Hon. Andrew B. Altenburg, Jr. |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled.    ☒ Withdrawn.

Matter: Creditor's Certification of Default re: 7 W Sterling Ave, Linwood, NJ 08221 filed on 02/04/2022 under docket # 93.

Date: 05/02/2022        /s/ R.A. Lebron, Esq.
                        R.A. LEBRON, ESQ.