UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas G. Egner, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
tegner@mcdowelllegal.com

Order Filed on July 5, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Ronald J. Bradly, Jr.
   Patricia D. Bradly

                      Debtors.

Case No.:   17-16822-ABA

Chapter:    13

Judge:      Altenburg

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 5, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Thomas G. Egner_____, the applicant, is allowed a fee of $ _____900.00_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____900.00_____ . The allowance is payable:

☐  through the Chapter 13 plan as an administrative priority.

☒  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ____n/a____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-16822-ABA |
| Ronald J Bradly, Jr. | Chapter 13 |
| Patricia D Bradly | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 05, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ronald J Bradly, Jr., Patricia D Bradly, 7 Sterling Ave, Linwood, NJ 08221-1823 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Quantum3 Group  LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 05, 2022 | Form ID: pdf903 | Total Noticed: 1 |

R. A. Lebron
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@fskslaw.com

R. A. Lebron
    on behalf of Creditor PennyMac Loan Services  LLC bankruptcy@fskslaw.com

Tammy L. Terrell
    on behalf of Creditor PennyMac Loan Services  LLC bankruptcy@fskslaw.com

Thomas G. Egner
    on behalf of Debtor Ronald J Bradly  Jr. tegner@mcdowelllegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

Thomas G. Egner
    on behalf of Joint Debtor Patricia D Bradly tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

TOTAL: 15