| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Ronald J Bradly Jr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–2606<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Patricia D Bradly<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–7625<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  17–16822–ABA | | |

## Order of Discharge                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ronald J Bradly Jr.
aka Ron J. Bradly Jr., aka Rod Bradly

Patricia D Bradly
aka Patricia Duff, aka Tricia Bradly, aka Tricia Duff

10/20/22

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                Chapter 13 Discharge                                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-16822-ABA
Ronald J Bradly, Jr.                                                                            Chapter 13
Patricia D Bradly
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                    Page 1 of 4
Date Rcvd: Oct 20, 2022         Form ID: 3180W                 Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald J Bradly, Jr., Patricia D Bradly, 7 Sterling Ave, Linwood, NJ 08221-1823 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| cr | + | Quantum3 Group, LLC, c/0 Morton & Craig, LLC, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 516803933 | + | Berkheimer Associates, Agent for Colonial, School District, Columbia County, PA, David R Gordon, Esq, 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 516747499 | + | Berkheimer Tax Innovation, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 516747504 | + | City of Linwood, Attn: Tax Office, 400 W Poplar Ave, Linwood, NJ 08221-1899 |
| 516747508 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127 |
| 516747512 | | NJHMFA, 637 S. Clinton Ave, PO Box 18550, Trenton, NJ 08650-2085 |
| 518873158 | + | PENNYMAC LOAN SERVICES, LLC, R.A. Lebron, Esq, FEIN, SUCH, KAHN & SHEPARD, P.C., Counsellors at Law, 7 Century Drive - Suite 201 Parsippany, New Jersey 07054-4609 |
| 516747513 | | Pennsylvania Department of Revenue, Bureau of Individual Taxes, P.O. Box 280504, Harrisburg, PA 17128-0504 |
| 516758999 | + | PennyMac Loan Services, LLC, Powers Kirn, LLC, P.O. Box 848, Moorestown, NJ 08057-0848 |
| 517748002 | + | Quantum3 Group, c/o Morton & Criag, LLC, 110 Marter Ave. , Suite 301, Moorestown, NJ 08057-3124 |
| 516747515 | + | Ronald Bradly Sr., 150 Ridge Pike, Apt. B117, Lafayette Hill, PA 19444-1921 |
| 516969150 | + | SOLAR MOSAIC, INC., Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |
| 516747516 | #+ | Solar Mosaic Inc, 1212 Broadway Ste 300, Oakland, CA 94612-1809 |
| 516747519 | + | Team Nissan, 1715 S. Delsea Dr., Vineland, NJ 08360-6308 |
| 516828789 | | Toyota Lease Trust, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516747498 | + | EDI: BANKAMER.COM | Oct 21 2022 00:28:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516883756 | + | EDI: BANKAMER2.COM | Oct 21 2022 00:28:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516747500 | + | EDI: CAPITALONE.COM | Oct 21 2022 00:28:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516953765 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2022 20:44:19 | Capital One, N.A., c/o Becket and Lee LLP, PO |

Case 17-16822-ABA    Doc 116    Filed 10/22/22    Entered 10/23/22 00:13:39    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2022 | Form ID: 3180W | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 3001, Malvern PA 19355-0701 |
| 516747502 | + | EDI: CITICORP.COM | Oct 21 2022 00:28:00 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516747503 | + | EDI: CITICORP.COM | Oct 21 2022 00:28:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516747505 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Oct 20 2022 20:32:00 | Delaware Revenue Division, 820 N. French Street #2, Wilmington, DE 19801-3509 |
| 516747506 | ^ | MEBN | Oct 20 2022 20:29:39 | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 516747507 | ^ | MEBN | Oct 20 2022 20:29:51 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 516747508 | | EDI: LCIICSYSTEM | Oct 21 2022 00:28:00 | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127 |
| 516747509 | + | EDI: IRS.COM | Oct 21 2022 00:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516747501 | | EDI: JPMORGANCHASE | Oct 21 2022 00:28:00 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 516747510 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 20 2022 20:31:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 516908247 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2022 20:44:02 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516960155 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2022 20:32:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516766111 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 20 2022 20:31:00 | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 516747511 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 20 2022 20:31:00 | Nissan Motor Acceptance Corp., PO Box 660360, Dallas, TX 75266-0360 |
| 516995250 | | EDI: PRA.COM | Oct 21 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516991521 | | EDI: PRA.COM | Oct 21 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 516881126 | + | Email/PDF: ebnotices@pnmac.com | Oct 20 2022 20:44:20 | PennyMac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moorpark, CA 93021-2602 |
| 517280174 | | Email/PDF: ebnotices@pnmac.com | Oct 20 2022 20:44:20 | PennyMac Loan Services, LLC., P.O. Box 2010, Moorpark, CA 93020 |
| 516747514 | | Email/PDF: ebnotices@pnmac.com | Oct 20 2022 20:44:01 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514357, Los Angeles, CA 90051 |
| 517644005 | + | EDI: Q3G.COM | Oct 21 2022 00:28:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC 98083-0788 |
| 517644004 | | EDI: Q3G.COM | Oct 21 2022 00:28:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516747517 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 20 2022 20:31:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 516893223 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 20 2022 20:32:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 516894453 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

Case 17-16822-ABA  Doc 116  Filed 10/22/22  Entered 10/23/22 00:13:39  Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2022 | Form ID: 3180W | Total Noticed: 56 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 20 2022 20:32:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 516998874 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Oct 20 2022 20:32:00 | State of Delaware Division of Revenue, Zillah Frampton, PO Box 8763, Wilmington, DE 19899-8763 |
| 516750859 | + | EDI: RMSC.COM | Oct 21 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516747518 | + | EDI: RMSC.COM | Oct 21 2022 00:28:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516747520 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 20 2022 20:31:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 516747522 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 20 2022 20:31:00 | Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 516747521 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 20 2022 20:31:00 | Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 516747523 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 20 2022 20:31:00 | Toyota Mtr, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 516781278 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 20 2022 20:31:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517237773 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2022 20:44:19 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516909663 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2022 20:44:01 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516747524 | ^ | MEBN | Oct 20 2022 20:29:56 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516831715 | *+ | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517237775 | * | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2022   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 20, 2022 | Form ID: 3180W | Total Noticed: 56 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Quantum3 Group  LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| R. A. Lebron | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor PennyMac Loan Services  LLC bankruptcy@fskslaw.com |
| Tammy L. Terrell | on behalf of Creditor PennyMac Loan Services  LLC bankruptcy@fskslaw.com |
| Thomas G. Egner | on behalf of Debtor Ronald J Bradly  Jr. tegner@mcdowelllegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| Thomas G. Egner | on behalf of Joint Debtor Patricia D Bradly tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com |

TOTAL: 15