| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| Thomas G. Egner, Esquire<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ  08052<br>856-482-5544 phone<br>856-482-5511 fax<br>tegner@mcdowelllegal.com<br>Attorney for Debtor | |
| In Re:<br><br>Ronald J Bradly<br>Patricia D. Bradly | Case No:     17-16822<br><br>Chapter:        13<br><br>Hearing Date:     5/14/2024<br><br>Judge:        ABA |

Order Filed on May 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 14, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 7 Sterling Avenue, Linwood, NJ 08221

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: New Jersey Housing and Mortgage Finance Agency
b. Current Assignee: New Jersey Housing and Mortgage Finance Agency
c. Current Servicer: New Jersey Housing and Mortgage Finance Agency
d. Date of Mortgage/Lien: May 17, 2016
e. Date of Recordation: October 21, 2016
f. Place of Recordation: Atlantic County, NJ
    i. Mortgage Book: 14147
    ii. Page: 1          Instrument No. 2016063870
g. Original Principal Balance of Mortgage/Lien: $ 15,000.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*